FILED IN
COURT OF CRIMINAL APPEALS

March 17, 2015

ABEL ACOSTA, CLERK

PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/17/2015 1:14:25 PM
Accepted 3/17/2015 1:28:26 PM
ABEL ACOSTA
CLERK

# Nicholas "Nico" LaHood
## Criminal District Attorney
### Bexar County, Texas

March 17, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin TX 78711

      Re:    Vanessa Cameron v. State, No. PD-1427-13
              Additional Authorites

Dear Mr. Acosta:

I will be citing two additional authorities during my oral argument tomorrow in this case:

*Barnes v. State*, No. 04-13-00346-CR (Tex.App.—San Antonio delivered December 10, 2014) – trial court did not take any "affirmative action to exclude the public…"

*Pena v. State*, 441 S.W.3d 635 (Tex.App.—Houston [1st Dist.] 2014, pet. ref'd) – Under *Lilly v. State*, burden of proof is on defense.

Please call these cases to the attention of the Court. Thank you for your help.

                    Very truly yours,

                    *Jay Brandon*

copy:  Gerry Goldstein, attorney for Appellant